**91-1494.** State, ex rel. Applegate, v. Weadock. In Mandamus and Quo Warranto. This cause originated in this court on the filing of a complaint for a writ of mandamus and quo warranto. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective January 22, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, January 29, 1992*

## MISCELLANEOUS DISMISSALS

**91-1968.** State, ex rel. Freeman, v. State. *Franklin County*, No. 91AP–195. *Sua sponte*, cause dismissed for want of prosecution, effective January 27, 1992.

**91-2120.** Ameritrust Co., N.A. v. Midwest Curtainwalls. *Cuyahoga County*, No. 61167. *Sua sponte*, cause dismissed for want of prosecution, effective January 27, 1992.

**91-2211.** Deerfield Twp. Trustees v. Moskoff. *Portage County*, Nos. 90–P–2203 and 90–P–2269. *Sua sponte*, cause dismissed for want of prosecution, effective January 27, 1992.

**91-2231.** Robinson v. Fernandez. *Stark County*, No. CA–8583. *Sua sponte*, cause dismissed for want of prosecution, effective January 27, 1992.

**91-2312.** State v. Elson. *Lucas County*, No. L–91–129. *Sua sponte*, cause dismissed for want of prosecution, effective January 27, 1992.

**91-2352.** Harris v. Hurst. *Montgomery County*, No. CA 12225. *Sua sponte*, cause dismissed for want of prosecution, effective January 27, 1992.

**91-2459.** Cleveland Bd. of Edn. v. R.J. Stickle Internatl. *Cuyahoga County*, Nos. 58979, 59083 and 59054. Cause dismissed, on appellant's application for dismissal, effective January 27, 1992.

*Thursday, January 30, 1992*

## MISCELLANEOUS DISMISSALS

**91-2391.** Baker v. Fairview Gen. Hosp. *Cuyahoga County*, No. 62480. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Upon consideration of appellants' application for dismissal and motion for refund of filing fee,

IT IS ORDERED by the court that said application for dismissal be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that said motion for refund of filing fee be, and the same is hereby, denied.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed, effective January 29, 1992.